### WALSH v. ST. CLAIR CIRCUIT JUDGE.

MANDAMUS—PROCEDURE.

> Questions arising during the course of a proceeding will not be reviewed on *mandamus*, at least where the decision of the lower court was not made on the merits after full consideration, but for the sole purpose of obtaining a ruling by the Supreme Court.

Joseph Walsh, assistant prosecuting attorney for St. Clair county, applied for a writ of *mandamus* to compel Samuel W. Vance, circuit judge of said county, to vacate an order sustaining certain objections to the petition of the auditor general for the sale of lands delinquent for taxes. Submitted October 24, 1895. Order to show cause denied October 25, 1895.

*Joseph Walsh, in pro. per.*

PER CURIAM. In this matter it appears upon the face of the application that the court, "for the purpose of having the determination by the Supreme Court," held the objections made to the proceedings good. The court should have passed upon each of the points raised upon its

merits.    The questions suggested are more properly
reviewable on appeal, and the court below should have
regarded the matter in that light.   In any event, we do
not feel called upon to review questions arising during
the course of a proceeding, at least until the final judg-
ment of the court below has been given after full consid-
eration.

The application will therefore be denied.